UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2 (c)

Joseph Purrazzella, Esq.
PO Box 50
Toms River, NJ 08754
(732) 341-2222    JP: 8706

In Re:

**STEVEN SHEERER, SR. and MICHELE SHEERER,**

Debtors

Order Filed on November 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CHAPTER 13
CASE NO. 17-17506

Hearing Date: November 13, 2017 @ 9:00 a.m.

Judge:   Honorable Michael B. Kaplan

## ORDER APPROVING MOTION TO EXPUNGE PROOF OF CLAIM FILED BY TAX COLLECTOR BARNEGAT TOWNSHIP, CLAIM NO. 21-1

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**

**DATED: November 15, 2018**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS MATTER** having come before the Court on the Debtor's Motion to Expunge Claim filed by the Tax Collector of Barnegat Township, Claim No. 21-1, and the Court having considered the Debtor's Motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this Order, it is hereby

**ORDERED** that the Proof of Claim filed by Tax Collector, Township of Barnegat, Claim No. 21-1, be expunged; and it is further

**ORDERED**, that a copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within ___7___ days of the date hereof.