UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2 (c)

Joseph Purrazzella, Esq.
PO Box 50
Toms River, NJ 08754
(732) 341-2222   JP: 8706

Order Filed on November 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**STEVEN SHEERER, SR. and MICHELE SHEERER,**

Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CHAPTER 13
CASE NO. 17-17506

Hearing Date: November 13, 2017 @ 9:00 a.m.

Judge: Honorable Michael B. Kaplan

**ORDER APPROVING MOTION TO EXPUNGE PROOF OF CLAIM
FILED BY TAX COLLECTOR BARNEGAT TOWNSHIP, CLAIM NO. 21-1**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**

**DATED: November 15, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS MATTER** having come before the Court on the Debtor's Motion to Expunge Claim filed by the Tax Collector of Barnegat Township, Claim No. 21-1, and the Court having considered the Debtor's Motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this Order, it is hereby

**ORDERED** that the Proof of Claim filed by Tax Collector, Township of Barnegat, Claim No. 21-1, be expunged; and it is further

**ORDERED**, that a copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within ____7____ days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-17506-MBK
Steven M Sheerer, Sr.                                           Chapter 13
Michele M Sheerer
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Nov 16, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
db/jdb         +Steven M Sheerer, Sr.,   Michele M Sheerer,   108 Village Drive,   Barnegat, NJ 08005-1669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2018 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Joseph   Purrazzella    on behalf of Joint Debtor Michele M Sheerer joseph@purrlaw.com,
           joep1897@comcast.net
          Joseph   Purrazzella    on behalf of Debtor Steven M Sheerer, Sr. joseph@purrlaw.com,
           joep1897@comcast.net
          Keith A. Bonchi    on behalf of Creditor    Phoenix Funding, Inc. keith@gmslaw.com
          Kevin Gordon McDonald    on behalf of Creditor    PNC Bank National Association
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6