UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on December 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Steven M. Sheerer, Sr. and Michele M. Sheerer | Case No.: 17-17506<br><br>Hearing Date: 1/9/2019 at 10:00 am<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

## ORDER TO SHOW CAUSE
## WHY THE MOTION SHOULD NOT BE DENIED OR THE DOCUMENT
## STRICKEN FOR FAILURE TO COMPLY WITH THE COURT'S DIRECTIVE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 20, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted that __Keith Bonchi, Esq._____ was directed to file:

_#53 Consent Order To Be Submitted_____ and that the document has not been filed, it is hereby

ORDERED that __Keith Bonchi, Esq._____ shall show cause on __January 9, 2019_____ at __10:00 am__ in the United States Bankruptcy Court, _402 East State Street, Trenton__, New Jersey, Courtroom number __8__, before the Honorable _Michael B. Kaplan_____why the:

☒  motion should not be denied,

☐  pleading should not be stricken.

*new 9/10/07*