UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on December 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 17-17506 |
| Steven M. Sheerer, Sr. and Michele M. Sheerer | Hearing Date: 1/9/2019 at 10:00 am |
| | Judge: Michael B. Kaplan |
| | Chapter: 13 |

## ORDER TO SHOW CAUSE
## WHY THE MOTION SHOULD NOT BE DENIED OR THE DOCUMENT
## STRICKEN FOR FAILURE TO COMPLY WITH THE COURT'S DIRECTIVE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 20, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted that __Keith Bonchi, Esq.__ was directed to file:

__#53 Consent Order To Be Submitted__ and that the document has not been filed, it is hereby

ORDERED that __Keith Bonchi, Esq.__ shall show cause on __January 9, 2019__ at __10:00 am__ in the United States Bankruptcy Court, __402 East State Street, Trenton__, New Jersey, Courtroom number __8__, before the Honorable __Michael B. Kaplan__ why the:

- ☒ motion should not be denied,
- ☐ pleading should not be stricken.

*new 9/10/07*

United States Bankruptcy Court
District of New Jersey

In re:
Steven M Sheerer, Sr.
Michele M Sheerer
    Debtors

Case No. 17-17506-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 20, 2018
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2018.
db/jdb         +Steven M Sheerer, Sr.,    Michele M Sheerer,    108 Village Drive,    Barnegat, NJ 08005-1669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2018 at the address(es) listed below:
         Albert   Russo    docs@russotrustee.com
         Joseph   Purrazzella    on behalf of Joint Debtor Michele M Sheerer joseph@purrlaw.com, joep1897@comcast.net
         Joseph   Purrazzella    on behalf of Debtor Steven M Sheerer, Sr. joseph@purrlaw.com, joep1897@comcast.net
         Keith A. Bonchi    on behalf of Creditor   Phoenix Funding, Inc. keith@gmslaw.com
         Kevin Gordon McDonald    on behalf of Creditor   PNC Bank National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                 TOTAL: 6