UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2 (c)

Joseph Purrazzella, Esq.
PO Box 50
Toms River, NJ 08754
(732) 341-2222   JP: 8706

**Order Filed on December 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Steven M. Sheerer, Sr. and Michele M. Sheerer

Debtors

Case No.: 17-17506MBK

Chapter 13

Adv. No.: N/A

Judge: MICHAEL B. KAPLAN

## CONSENT ORDER FIXING AMOUNT DUE TO PHOENIX FUNDING, INC. AND FOR THE RECAPITALIZATION OF DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages numbered two (2) is hereby ORDERED

**DATED: December 26, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Steven M. Sheerer, Sr. and Michele M. Sheerer
Case No. 17-17506MBK
Caption of Order: Consent Order to Expunge Proof of Claim Filed By the Tax Collector of Barnegat Township, and for the Fixing of Amount Due Phoenix Funding and the Recapitalization of Debtors' Chapter 13 Plan

THIS MATTER being opened to the Court by Francis J. Ballak, Esq. attorney for Phoenix Funding, and Joseph Purrazzella, Esq. appearing on behalf of the Debtors, Steven M. Sheerer and Michele M. Sheerer, and it appearing that the Debtors' attorney, Joseph Purrazzella, Esq., the Tax Collector of the Township of Barnegat, Francis J. Ballack, Esq., attorney for Phoenix Funding, and Albert Russo, Esq., Chapter 13 Trustee, have reached an agreement and the parties consent to the entry of the within Order

IT IS ORDERED as follows

ORDERED that the amount due Phoenix Funding is set in the amount of $16,172.85. This claim represents the amount due to redeem Phoenix Funding as holder of a Tax Sale Certificate, number 16-00067, for unpaid taxes on Debtors' home located at 108 Village Drive, Barnegat, New Jersey over the balance of Debtors' Plan. The Proof of Claim includes principal, interest, penalties and other fees as well as real estate tax payments made by Phoenix Funding subsequent to the purchase of the Tax Sale Certificate, up to and inclusive of the date of this Order. All payments to Phoenix Funding are to be mailed to 1148 Springfield Avenue, Mountainside, New Jersey 07092; and it is further

ORDERED, that the Trustee shall make no further payments to the Tax Collector of Barnegat Township on account of taxes on Debtors' home; and it is further

ORDERED, that the Debtors shall make all future payments and any outstanding payments of real estate taxes on their home as they become due or are otherwise due outside of the Plan; and

it is further

ORDERED, that upon receipt of 16,172.85, plus any future advances for taxes Phoenix Funding may expend, Phoenix Funding will surrender Tax Sale Certificate, No 16-00067 marked for cancellation; and it is further

ORDERED, that all other requests for relief from Phoenix Funding are withdrawn.

ORDERED that a copy of this Order shall be served upon all parties within seven (7) days hereof.

I hereby consent to the entry of the within Order.

_____
JOSEPH PURRAZZELLA, ESQ.
Attorney for Debtor

_____
FRANCIS BALLAK, ESQ.
Attorney for Phoenix Funding

_____
ALBERT RUSSO, CHAPTER 13 STANDING TRUSTEE
BY: David A. Martin, Esquire

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-17506-MBK
Steven M Sheerer, Sr.                                                                   Chapter 13
Michele M Sheerer
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Dec 26, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2018.
db/jdb         +Steven M Sheerer, Sr.,    Michele M Sheerer,    108 Village Drive,    Barnegat, NJ 08005-1669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2018 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Francis J. Ballak    on behalf of Creditor    Phoenix Funding, Inc. francis@gmslaw.com
          Joseph   Purrazzella    on behalf of Joint Debtor Michele M Sheerer joseph@purrlaw.com,
           joep1897@comcast.net
          Joseph   Purrazzella    on behalf of Debtor Steven M Sheerer, Sr. joseph@purrlaw.com,
           joep1897@comcast.net
          Keith A. Bonchi    on behalf of Creditor    Phoenix Funding, Inc. keith@gmslaw.com
          Kevin Gordon McDonald    on behalf of Creditor    PNC Bank National Association
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7