UNITED STATES BANKRUPTCY COURT
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

Kurt E. Reinheimer, Esq.
Reinheimer & Reinheimer
2494 Moore Road - Suite 4
Toms River, NJ 08753
Attorney for Debtor(s)

**Order Filed on November 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Steven M Sheerer, Sr.
Michele M Sheerer

Debtor(s)

Case No. 17-17506 / MBK

Judge: Honorable Michael B. Kaplan

Chapter 13

## CONSENT ORDER TO RE-CAPITALIZE
## DEBTOR(S) PLAN PAYMENT TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: November 22, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having been brought before the Court on an application by the attorney for the debtor(s), seeking entry of a consent order to re-capitalize the debtor(s) plan payments to the trustee, and the Court having considered the application, and the parties having consented to the form and entry of the within order, and for good cause shown:

**IT IS HEREBY ORDERED** that:

1. The debtor(s) payments to the trustee be adjusted as follows:

   - $20,704.00 paid to date (30 month[s])
   - $855.00 for 30 month[s] beginning 11/1/19

2. All other provisions of the most recently entered Order Confirming Plan or Order Confirming Modifed Plan shall remain in full force and effect.

3. If the debtor(s) fail(s) to make regular plan payments to the trustee for a period of more than thirty (30) consecutive days, upon certification of the trustee of such non-payment, with the Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case may be dismissed.

We, the undersigned, consent to the form and entry of the above Order.

_____
Albert Russo
Standing Chapter 13 Trustee

_____
Kurt E. Reinheimer, Esq.
Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:  
Steven M Sheerer, Sr.  
Michele M Sheerer  
     Debtors

Case No. 17-17506-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 22, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2019.
```
db/jdb         +Steven M Sheerer, Sr.,    Michele M Sheerer,    108 Village Drive,    Barnegat, NJ 08005-1669
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2019 at the address(es) listed below:
```
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Francis J. Ballak    on behalf of Creditor    Phoenix Funding, Inc. francis@gmslaw.com
              Keith A. Bonchi    on behalf of Creditor    Phoenix Funding, Inc. keith@gmslaw.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC Bank National Association
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kurt E. Reinheimer    on behalf of Joint Debtor Michele M Sheerer kerrein66@comcast.net,
               G1659@notify.cincompass.com
              Kurt E. Reinheimer    on behalf of Debtor Steven M Sheerer, Sr. kerrein66@comcast.net,
               G1659@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```
                                                                                                                               TOTAL: 8