UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Rebecca A. Solarz
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
PNC Bank National Association

In Re:
      Sheerer, Michele M.
      Sheerer, Sr., Steven M.

**Order Filed on August 11, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:     17-17506 MBK

Chapter: 13

Hearing Date: 8/11/2021
Judge:  Michael B. Kaplan

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 11, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>PNC Bank National Association</u>, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

■　　　Real Property More Fully Described as:

**Land and premises commonly known as**　　　**108 Village Drive, Barnegat NJ 08005**

☐　　　Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its
rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies
including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially
pursuing other loss mitigation alternatives, including, but not limited to, a loan modification,
short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's
Sale (or purchaser's assignee) may take any legal action for enforcement of its right to
possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                Case No. 17-17506-MBK

Steven M Sheerer, Sr.                                                                 Chapter 13

Michele M Sheerer

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                   Page 1 of 2

Date Rcvd: Aug 11, 2021                      Form ID: pdf903                                Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2021:**

**Recip ID**          **Recipient Name and Address**
db/jdb           +  Steven M Sheerer, Sr., Michele M Sheerer, 108 Village Drive, Barnegat, NJ 08005-1669

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2021             Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2021 at the address(es) listed below:**

**Name**          **Email Address**

Albert Russo

          docs@russotrustee.com

Albert Russo

          on behalf of Trustee Albert Russo docs@russotrustee.com

Francis J. Ballak

          on behalf of Creditor Phoenix Funding  Inc. francis@gmslaw.com

Keith A. Bonchi

          on behalf of Creditor Phoenix Funding  Inc. keith@gmslaw.com

Kevin Gordon McDonald

          on behalf of Creditor PNC Bank National Association kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Kurt E. Reinheimer

District/off: 0312-3                           User: admin                                      Page 2 of 2
Date Rcvd: Aug 11, 2021                        Form ID: pdf903                             Total Noticed: 1

                on behalf of Joint Debtor Michele M Sheerer kerrein66@comcast.net  G1659@notify.cincompass.com

Kurt E. Reinheimer

                on behalf of Debtor Steven M Sheerer  Sr. kerrein66@comcast.net, G1659@notify.cincompass.com

Rebecca Ann Solarz

                on behalf of Creditor PNC Bank National Association rsolarz@kmllawgroup.com

U.S. Trustee

                USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9