| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Kurt E. Reinheimer, Esq. |
| Reinheimer & Reinheimer |
| 2494 Moore Road, Suite 4 |
| Toms River, NJ 08753 |

| In Re: | Case No.: | 17-17506 |
|---|---|---|
| Steven M. Sheerer, Sr. & Michele M. Sheerer | Chapter: | 13 |
| | Judge: | MBK |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that **Kurt E. Reinheimer, Esq.** will be substituted as attorney of record for **Steven M. Sheerer, Sr.**, **Michele M. Sheerer** in this case.[1]

Date: 07/09/2021

_____
Signature of Former Attorney

Date: 07/09/2021  9/30/21

_____
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.