Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−17506−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Steven M Sheerer, Sr.                      Michele M Sheerer
108 Village Drive                          108 Village Drive
Barnegat, NJ 08005                         Barnegat, NJ 08005

Social Security No.:
   xxx−xx−0670                             xxx−xx−4836

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

   TO: Steven M Sheerer, Sr. and Michele M Sheerer
         Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.


Dated: April 21, 2022
JAN: wdr

Jeanne Naughton, Clerk