| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Steven M Sheerer, Sr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–0670<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Michele M Sheerer<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–4836<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–17506–MBK | | |

## Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Steven M Sheerer, Sr.                                  Michele M Sheerer

9/8/22                                                 **By the court:** Michael B. Kaplan
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Steven M Sheerer, Sr.  
Michele M Sheerer  
    Debtors

Case No. 17-17506-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Sep 08, 2022      Form ID: 3180W      Total Noticed: 57

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven M Sheerer, Sr., Michele M Sheerer, 108 Village Drive, Barnegat, NJ 08005-1669 |
| 517129046 | + | Barnegat Township, 900 West Bay Ave., Barnegat, NJ 08005-1298 |
| 516765730 | | Barron Emergency Physicians, PO Box 7418, Philadelphia, Pennsylvania 19101-7418 |
| 516765731 | + | Boscov's Retail Services - Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 516765737 | | City Music Center, 1181 US -22, Mountainside, NJ 07992 |
| 516765742 | + | John Sheerin, Esq., Mullooly Jeffrey Rooney, PO Box 9036, Syosset, NY 11791-9036 |
| 516765746 | + | Marvel & Maloney, 3455 Route 66 at Green Grove Rd, PO Box 727, Neptune, NJ 07754-0727 |
| 516765748 | + | NCEP, 2877 Paradise Rd, Las Vegas, NV 89109-5236 |
| 519639942 | | NEMC, MOUNTAINSIDE, NJ 07092 |
| 516765752 | + | Quality Asset Recovery, 7 Foster Ave, Suite 101, Gibbsboro, NJ 08026-1191 |
| 516765753 | + | Quality Asset Recovery, 7 Foster Aven, Suite 101, Gibbsboro, NJ 08026-1191 |
| 516765756 | + | Retail Recovery Service, 190 Moore Street, Suite 201, Hackensack, New Jersey 07601-7418 |
| 516765757 | | Southern Ocean County Hospital, 1140 Rt. 72 West, Manahawkin, New Jersey 08050-2499 |
| 516765758 | + | Stafford Orthopedics, PC, 1168 Beacon Avenue, Manahawkin, NJ 08050-2469 |
| 517067641 | + | Tax Collector, Township of Barnegat, 900 West Bay Avenue, Barnegat, New Jersey 08005-1297 |
| 516871815 | | USPS, PO Box 970500, Greensboro, NC 27497-0500 |
| 516765762 | + | Wells Fargo Dealer Services, PO Box 3599, Rancho Cucamonga, CA 91729-3599 |
| 516765763 | + | Wells Fargo Financial, PO Box 14433, Des Moines, Iowa 50306-3433 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 08 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 08 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516765727 | + | EDI: ATTWIREBK.COM | Sep 09 2022 00:28:00 | AT&T, PO Box 5093, Carol Stream, IL 60197-5093 |
| 516765729 | | EDI: BANKAMER.COM | Sep 09 2022 00:28:00 | Bank of America, P.O. Box 982235, El Paso, Texas 79998-2235 |
| 516765728 | | EDI: BANKAMER.COM | Sep 09 2022 00:28:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 516765732 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2022 20:47:37 | CACH of NJ, LLC, 4340 South Monaco Street, Denver, Colorado 80237-3485 |
| 517047649 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2022 20:47:58 | CACH, LLC C/O Resurgent Capital Services, PO BOX 10675, Greenville, SC 29603-0675 |

Case 17-17506-MBK    Doc 92    Filed 09/10/22    Entered 09/11/22 00:14:11    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 08, 2022 | Form ID: 3180W | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| 517047234 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2022 20:47:57 | CACH, LLC its successors and assigns as assignee, of Wells Fargo Bank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516765733 | + | Email/Text: bankruptcy@cavps.com | Sep 08 2022 20:40:00 | Calvary SPV, LLC, 500 Summit Lake Drive, # 400, Valhalla, New York 10595-2321 |
| 517006800 | | Email/PDF: bncnotices@becket-lee.com | Sep 08 2022 20:47:12 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517034383 | + | Email/Text: bankruptcy@cavps.com | Sep 08 2022 20:40:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516765738 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Sep 08 2022 20:39:00 | Commonwealth Finance, 245 Main Street, Scranton, PA 18519-1641 |
| 516765740 | + | EDI: HFC.COM | Sep 09 2022 00:28:00 | HSBC, PO Box 9, Buffalo, NY 14240-0009 |
| 516765739 | + | EDI: CITICORP.COM | Sep 09 2022 00:28:00 | Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516765741 | | EDI: RMSC.COM | Sep 09 2022 00:28:00 | JCP/Sychrony Bank, Bankruptcy Department, PO Box 965060, Orlando, Florida 32896-5060 |
| 516765736 | | EDI: JPMORGANCHASE | Sep 09 2022 00:28:00 | Chase/Bank One Card Services, PO Box 15298, Wilmington, DE 19850 |
| 516765743 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 08 2022 20:39:00 | Kohls Capital One, PO Box 3043, Milwaukee, Wisconsin 53201-3043 |
| 516765745 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2022 20:47:14 | LVNV Funding, PO Box 10497, Greenville, South Carolina 29603-0497 |
| 516918651 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2022 20:47:13 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516765744 | + | EDI: RMSC.COM | Sep 09 2022 00:28:00 | Lowes/Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 516780616 | | Email/Text: Bankruptcy@mjrf.com | Sep 08 2022 20:39:00 | Mullooly Jeffrey Rooney Flynn, LLP, 6851 Jericho Tpke, PO Box 9036, Syosset, NY 11791 |
| 516765747 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 08 2022 20:40:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, California 92123-2255 |
| 516789332 | + | Email/Text: diane.storrs@nemc.com | Sep 08 2022 20:39:00 | National Educational Music Co., 1181 Rt 22, Mountainside, NJ 07092-2807 |
| 516992126 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 08 2022 20:39:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 516765749 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 08 2022 20:39:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, Pennsylvania 15222 |
| 516765750 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 08 2022 20:39:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 516765751 | | EDI: PRA.COM | Sep 09 2022 00:28:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 517048681 | | EDI: PRA.COM | Sep 09 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Target, POB 41067, Norfolk VA 23541 |
| 516789557 | | EDI: Q3G.COM | Sep 09 2022 00:28:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516789585 | | EDI: Q3G.COM | Sep 09 2022 00:28:00 | Quantum3 Group LLC as agent for, CP Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516765754 | + | EDI: CITICORP.COM | Sep 09 2022 00:28:00 | Radio Shack/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516765755 | + | Email/Text: clientservices@remexinc.com | | |

|  |  |  | Sep 08 2022 20:39:00 | Remex, Inc., 307 Wall Street, Princeton, NJ 08540-1515 |
| --- | --- | --- | --- | --- |
| 516793235 | + | Email/Text: signed.order@pfwattorneys.com | Sep 08 2022 20:39:00 | Stafford Orthopedics, PA., c/o Pressler and Pressler, LLP., 7 Entin Rd, Parsippany NJ 07054-5020 |
| 516768360 | + | EDI: RMSC.COM | Sep 09 2022 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516765759 |  | EDI: WTRRNBANK.COM | Sep 09 2022 00:28:00 | Target, Target Credit Services, PO Box 673, Minneapolis, Minnesota 55440-0673 |
| 516765760 |  | Email/Text: bankruptcy@unifund.com | Sep 08 2022 20:39:00 | Unifund CCR LLC, 10625 Techwoods Circle, Cincinnati, OH 45242 |
| 516871816 | + | Email/Text: bhdmq0@usps.gov | Sep 08 2022 20:39:00 | USPS, Accounting Service Center, 2825 Lone Oak Parkway, Eagan, Minnesota 55121-1551 |
| 516765761 | + | EDI: WFFC.COM | Sep 09 2022 00:28:00 | Wells Fargo, National Recovery Center, PO Box 25341, Santa Ana, CA 92799-5341 |
| 516872968 | + | EDI: WFAUTO | Sep 09 2022 00:28:00 | Wells Fargo Bank N.a., d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 516765734 |  | Capio Partners, 2222 Texoma Parkway, Suite 150 |
| 516765735 |  | Sherman, TX 75090 |
| 517051955 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 517048683 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Target, POB 41067, Norfolk VA 23541 |
| cr | ##+ | Phoenix Funding, Inc., c/o Bennedict J. Caiola, Esq., 917 Mountain Ave., Suite 1A, Mountainside, NJ 07092-2724 |
| 516871814 | ##+ | Gen Psych, 981 US Highway 22, Bridgewater, NJ 08807-2946 |
| 517106389 | ##+ | GenPsych PC, 981 US Hwy 22, Bridgewater, NJ 08807-2946 |

TOTAL: 2 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2022            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo |  |

| | |
|---|---|
| | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Francis J. Ballak | on behalf of Creditor Phoenix Funding Inc. francis@gmslaw.com |
| John Michael McDonnell | on behalf of Debtor Steven M Sheerer Sr. jmcdonnell@mchfirm.com |
| John Michael McDonnell | on behalf of Joint Debtor Michele M Sheerer jmcdonnell@mchfirm.com |
| Keith A. Bonchi | on behalf of Creditor Phoenix Funding Inc. keith@gmslaw.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC Bank National Association kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC Bank National Association rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10